IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case № 2:25-cr-0247 DJC-7 |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING CJA COUNSEL AND** |
| vs. ) | **WAIVING *PRO HAC VICE* FEE FOR** |
| ) | **COUNSEL NOT ADMITTED TO** |
| COY MOBLEY ) | **CALIFORNIA LEGAL PRACTICE** |
| ) | |
| Defendant. ) | |

Upon Defendant COY MOBLEY'S Initial Appearance October 30, 2025, qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to non-death eligible representations when district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Appointing Rene Valladares, Federal Public Defender -Nevada, assigned to Rebecca Levy, Assistant FPD, 411 East Bonneville Avenue, Ste 250, Las Vegas, NV 89101 6632, rebecca_levy@fd.org, 702-388-5187, as CJA counsel to represent Defendant COY MOBLEY, pursuant to 18 U.S.C. §§ 3005 and 3006A, *nunc pro tunc* to CJA administrators contacting them about this appointment October 29, 2025:

2. Waiving this District's $225 *pro hac vice* admission fee for their CJA appointments in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United

1  States District Court, California Eastern District, under Local Rule 180 and the District's CJA
2  Plan, General Order 582.

Dated: November 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE