Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Rebecca A. Levy
Assistant Federal Public Defender
Oregon State Bar No. 044058
Email: Rebecca_Levy@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Attorneys for Coy Mobley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>COY MOBLEY,<br><br>        Defendant. | Case No. 2:25-cr-00247-DJC-7<br><br>**STIPULATION AND PROPOSED ORDER** |

    1.    By previous order this case was set for detention hearing on November 12, 2025.

    2.    By this Stipulation the defendant asks to move both the initial and detention hearing to November 19, 2025, and for counsel to appear via video.

    3.    The parties agree and stipulate, and request that the Court find the following:

        (a)    The jail was unavailable for our Thursday, November 6, 2025, meeting with pretrial. Our meeting was rescheduled to November 18, 2025. That is the date Pretrial Services will first be able to interview Mr. Mobley for purposes of making a recommendation. After that occurs, counsel will need time to confirm Mr. Mobley's personal information.

  (b) Counsel for the defendant believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  (c) The government does not object to the continuance.

 IT IS SO STIPULATED.

Dated: November 7, 2025.        RENE A. VALLADARES
                    Federal Public Defender

                    */s/ Rebecca A. Levy*
                    REBECCA A. LEVY
                    Assistant Federal Public Defender

Dated: November 7, 2025.        ERIC GRANT
                    United States Attorney

                    */s/ Robert Abendroth*
                    ROBERT ABENDROTH
                    Assistant United States Attorney

**ORDER**

Good cause appearing, the hearing set for November 12, 2025, is vacated. The initial appearance and detention hearing is set for November 19, 2025.

IT IS SO ORDERED.

Dated: November 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE