UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 11, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

COY MOBLEY,

        Defendant.

Case No.  2:25-cr-00247-DJC-7

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  COY MOBLEY,

Case No.  2:25-cr-00247-DJC-7 , Charge 21 U.S.C. § 846, from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

**x** Unsecured Appearance Bond $ $10,000.00 cosigned by Harley J. Mobley and $10,000.00 cosigned by Tedra Sheen

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**x** (Other):  Release delayed until 3/12/2026 at 8:00 AM with terms as stated on the record. Following release, Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

_____

Issued at Sacramento, California on March 11, 2026, at 3:08 PM.

By: _____

Magistrate Judge Sean C. Riordan