Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Rebecca A. Levy
Assistant Federal Public Defender
Oregon State Bar No. 044058
Email: Rebecca_Levy@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Attorneys for Coy Mobley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COY MOBLEY,<br><br>Defendant. | Case No. 2:25-cr-00247-DJC-7<br><br>**STIPULATION AND PROPOSED ORDER** |

1. By previous order this case was set for status conference on October 8, 2026, at 9:00 a.m.

2. By this Stipulation the defendant asks to change the status conference to a change of plea hearing for January 7, 2027.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Defense counsel is out of the district and requires additional time to review the plea agreement with Mr. Mobley.

(b) Counsel for the defendant believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 5, 2026.

RENE A. VALLADARES
Federal Public Defender

*/s/ Rebecca A. Levy*
REBECCA A. LEVY
Assistant Federal Public Defender

Dated: October 5, 2026.

ERIC GRANT
United States Attorney

*/s/ Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney

**ORDER**

Good cause appearing, the status conference set for October 8, 2026, at 9:00 a.m., is vacated. The change of plea hearing is set for January 7, 2027 at 9:00 am.

IT IS SO ORDERED.

Dated: October 7, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE